UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



04 - 60160 CR-COHN/SNOW

18 U.S.C. § 911
18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**SYBLE MCKENZIE**
_____/

## INDICTMENT

The ~~United States Attorney~~ charges that:

*GRAND JURY*

### COUNT 1

On or about September 25, 2000, in Broward County, in the Southern District of Florida,

the defendant,

**SYBLE MCKENZIE,**

an alien, did **falsely and** willfully represent herself to be a citizen of the United States, in that she

claimed she was a United States citizen when registering to vote with the office of the Supervisor

of Elections for Broward County.

In violation of Title 18, United States Code, Section 911.

### COUNT 2

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**SYBLE MCKENZIE,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held



in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

74-60160-CR-COHN

CASE NO.

MAGISTRATE JUDGE
SNOW

**UNITED STATES OF AMERICA**

**vs.**

**SYBLE MCKENZIE,**

        **Defendant.**

_____/

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

   \_\_\_ Miami   \_\_\_ Key West

   _X_ FTL   \_\_\_ WPB   \_\_\_ FTP

New Defendant(s)      Yes \_\_\_\_\_   No \_\_\_\_
Number of New Defendants    \_\_\_\_
Total number of counts      \_\_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    __No__
   List language and/or dialect    _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | _X_ | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? \_\_\_\_\_ Yes  _X_ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? \_\_\_\_\_ Yes  _X_ No
   If yes, was it pending in the Central Region? \_\_\_\_\_ Yes \_\_\_\_\_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? \_\_\_\_\_ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? \_\_\_\_\_ Yes  _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV 1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**      **SYBLE MCKENZIE**

**Case No:**   04 - ~~50160~~ CR-COHN   ........IE JUDGE
                                              .......OW
Count #: 1

___Illegal voting registration___

___Title 18, United States Code, Section 911___

**\* Max.Penalty:**      3 years' imprisonment

Count #: 2

___Election fraud___

___Title 18, United States Code, Section 611___

**\*Max. Penalty:**      1 year's imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD 34
March 04

04 - No _____ CR-COHN /SNOW

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA___

## THE UNITED STATES OF AMERICA

vs

_____SYBLE MCKENZIE_____

_____

Defendant

# INDICTMENT

**18 U.S.C. § 911**
**18 U.S.C. § 611**

A true bill.

FGJ 04 01(MIA)                                                         Foreman

Filed in open court this _____ /5'/7) _____ day,

of _____ A.D. 2004

_____ Clerk

Bail, $ _____